UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH COOPER,

Petitioner,

v.

MATT LEIRSTEIN,

Respondent.

Case No. 1:26-cv-1861

Honorable Phillip J. Green

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 19, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge