UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH COOPER,

Petitioner,

v.

MATT LEIRSTEIN,

Respondent.

Case No. 1:26-cv-1861

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** for lack of subject matter jurisdiction because Petitioner's habeas claims are moot.

Dated: August 19, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge